# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**ASTANIEL JARVIS MANN, et al.,** :
:
    Plaintiffs, :
:
v. : Civil Action No. 7:08-cv-5 (HL)
:
**COMMISSIONER JAMES DONALD,** :
**et al.,** :
:
    Defendants. :
_____

## ORDER

This matter is before the Court on the Recommendation (Doc. 34) of United States Magistrate Judge Richard L. Hodge, entered February 27, 2009, as modified by Order entered March 9, 2009. The Magistrate Judge recommends that Plaintiffs' motion to join Plaintiffs and add Defendants (Doc. 27) be granted. Neither party has filed objections to the Recommendation.[1] In the absence of a timely objection, a district court need only consider the Recommendation for clear error. See, e.g., Macort v. Prem, Inc., No. 06-12316, 2006 WL 3473734, *2 (11th Cir. Nov. 30, 2006). After review of the record, the Court finds no clear error. Accordingly, the Recommendation is accepted and Plaintiffs' motion is granted as more fully set forth in the

---

[1] The Recommendations were due on March 18, 2009. Because the Order entered March 9, 2009, did not alter the merits of the Recommendation, but corrected an error regarding the issue of service in the event the Recommendation is accepted by the Court, it did not affect the date on which objections to the Recommendation were due.

Recommendation, and as modified by Order entered March 9, 2009.

**SO ORDERED**, this the 25th day of March, 2009.

*s/  Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mls