IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| PIP HENG, RONNY N. ASKEW, MICHAEL A. WALKER, and GEORGE C. HASKELL JR.,<br><br>    Plaintiffs,<br><br>v.<br><br>LIEUTENANT SHERMAN MAINE, OFFICER JAMIE POWERS, OFFICER JESSE HOWELL, OFFICER TERRY BROWN, OFFICER ANDRE YANCEY, OFFICER JOSEPH SCHNAKE, OFFICER RODNEY SMITH, OFFICER WILLIE RATLIFF, and LIEUTENANT DOUGLASS RIDALL,<br><br>    Defendants. | Civil Action 7:08-CV-5 (HL) |

**ORDER**

This memorializes the orders issued during the telephone conference held on May 17, 2011 with regard to Plaintiff Askew's Motion for Deposition by Remote Means (Doc. 107).

The Motion for Deposition is denied. The Court finds that the Defendants are entitled to see Plaintiff Askew as he gives his deposition. Therefore, Plaintiff Askew may either return to the Middle District of Georgia to give his deposition on May 19, or he can appear at the conference facility in Germany, where his deposition will be broadcast to Atlanta via video. The parties are ordered to split the cost of renting the conference facilities. If Plaintiff Askew fails to appear for his deposition on May 19

either in person or at the conference facility, or fails to pay for his portion of the rental fee, his complaint will be dismissed. The Attorney General's office will pay for the court reporter, who will be present in Germany with Plaintiff Askew.

**SO ORDERED**, this the 17th day of May, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh