# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| PIP HENG, RONNY N. ASKEW, MICHAEL A. WALKER, and GEORGE C. HASKELL JR., <br><br> Plaintiffs, <br><br> v. <br><br> LIEUTENANT SHERMAN MAINE, OFFICER JAMIE POWERS, OFFICER JESSE HOWELL, OFFICER TERRY BROWN, OFFICER ANDRE YANCEY, OFFICER JOSEPH SCHNAKE, OFFICER RODNEY SMITH, OFFICER WILLIE RATLIFF, and LIEUTENANT DOUGLASS RIDALL, <br><br> Defendants. | Civil Action 7:08-CV-5 (HL) |

## ORDER

On June 21, 2011, Defendants filed Motions to Sever, or in the Alternative, Motions for Separate Trials. (Docs. 116, 117, 118). Defendants Maine, Powers, Howell, Brown, Yancey, Schnake, and Riddall also filed a Motion to Bifurcate. (Doc. 116).

Defendants have stated their intent to file motions for summary judgment on the claims pending against them. The Court will defer ruling on the Motions to Sever and Motion to Bifurcate until after the summary judgment motions are ruled on. However, the parties are directed to complete briefing on the Motions to Sever and Motion to Bifurcate as provided under the Local Rules.

**SO ORDERED**, this the 23rd day of June, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh