IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **PIP HENG, RONNY N. ASKEW, MICHAEL A. WALKER, and GEORGE C. HASKELL JR.,**<br><br>Plaintiffs,<br><br>v.<br><br>**LIEUTENANT SHERMAN MAINE, OFFICER JAMIE POWERS, OFFICER JESSE HOWELL, OFFICER TERRY BROWN, OFFICER ANDRE YANCEY, OFFICER JOSEPH SCHNAKE, OFFICER RODNEY SMITH, OFFICER WILLIE RATLIFF, and LIEUTENANT DOUGLASS RIDALL,**<br><br>Defendants. | Civil Action 7:08-CV-5 (HL) |

## ORDER

On November 7, 2011, Defendant Jamie Powers filed a Chapter 13 Bankruptcy Petition in the United States Bankruptcy Court for the Middle District of Georgia, Valdosta Division. Defendant Powers has filed a notice of bankruptcy in this case.

11 U.S.C. § 362(a)(1) provides that all judicial proceedings against the debtor are automatically stayed. Accordingly, this case is stayed as to Defendant Powers until there is a ruling from the bankruptcy court lifting the stay.

The automatic stay does not automatically stay judicial proceedings against non-bankrupt third parties or co-defendants. *See, e.g.*, In re S.I. Acquisition, Inc.,

817 F.2d 1142, 1147 (5th Cir. 1987). The case will continue to move forward as to the remaining parties.

    **SO ORDERED**, this the 9th day of November, 2011.

                                      *s/ Hugh Lawson*
                                      **HUGH LAWSON, SENIOR JUDGE**

mbh