IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| GEORGE C. HASKELL JR.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DOUGLASS RIDALL,<br><br>　　　　Defendant. | Civil Action 7:08-CV-5 (HL) |

ORDER

This case is before the Court on a Motion for Court Order for Production of Documents filed by Alonzo Morefield Jr. (Doc. 168). The motion is denied. This case is closed. Morefield was never a party to this case.[1] On at least three separate occasions, Morefield's requests for free copies of documents have been denied. (Docs. 37, 76, 92). The Court will not order the Clerk to produce copies free of charge to a non-party. If Morefield wants copies of documents from this case, he will be required to pay the standard $0.50 per page charge.[2]

**SO ORDERED**, this the 15th day of February, 2013.

　　　　　　　　　　　　　　　　　*s/ Hugh Lawson*
　　　　　　　　　　　　　　　　　**HUGH LAWSON, SENIOR JUDGE**

mbh

---

[1] Morefield has had two appeals dismissed by the Eleventh Circuit.

[2] By the Court's calculation, Morefield is requesting $429.50 in free copies.